IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIXIS DRONES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-141 (RGA) |
| | ) |
| LUMENIER, LLC and | ) |
| LUMENIER HOLDCO LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Pixis Drones, LLC and Defendants Lumenier LLC and Lumenier Holdco LLC hereby stipulate and agree that this action, including all claims, counterclaims, and affirmative defenses, is dismissed with prejudice with each party to bear its own costs, expenses, and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
Lauren K. Neal (#5940)
Cameron P. Clark (#6647)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
lneal@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiff Pixis Drones, LLC*

February 20, 2024

KLEHR HARRISON HARVEY BRANZBURG LLP

*/s/ David S. Eagle*

David S. Eagle (#3387)
Sally E. Veghte (#4762)
919 North Market Street, Suite 1000
Wilmington, DE 19801
(302) 552-5508
deagle@klehr.com
sveghte@klehr.com

*Attorneys for Defendants Lumenier LLC and Lumenier Holdco LLC*

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE