IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PIXIS DRONES, LLC,                               )
                                                 )
                    Plaintiff,                   )
                                                 )
       v.                                        )   C.A. No. 23-141 (RGA)
                                                 )
LUMENIER, LLC and                                )
LUMENIER HOLDCO LLC,                             )
                                                 )
                    Defendants.                  )

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Pixis Drones, LLC and Defendants

Lumenier LLC and Lumenier Holdco LLC hereby stipulate and agree that this action, including

all claims, counterclaims, and affirmative defenses, is dismissed with prejudice with each party to

bear its own costs, expenses, and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP         KLEHR HARRISON HARVEY BRANZBURG LLP

*/s/ Jeremy A. Tigan*                         */s/ David S. Eagle*

Jeremy A. Tigan (#5239)                       David S. Eagle (#3387)
Megan E. Dellinger (#5739)                    Sally E. Veghte (#4762)
Lauren K. Neal (#5940)                        919 North Market Street, Suite 1000
Cameron P. Clark (#6647)                      Wilmington, DE  19801
1201 N. Market Street                         (302) 552-5508
P.O. Box 1347                                 deagle@klehr.com
Wilmington, DE  19899-1347                    sveghte@klehr.com
(302) 658-9200
jtigan@morrisnichols.com                      *Attorneys for Defendants Lumenier LLC and*
mdellinger@morrisnichols.com                  *Lumenier Holdco LLC*
lneal@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiff Pixis Drones, LLC*

February 20, 2024

2

SO ORDERED this __21__ day of ____February____, 2024.

/s/ Richard G. Andrews
_____
UNITED STATES DISTRICT JUDGE